|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |
| 6  |    |
| 7  |    |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RICHARD L.V, | ) Case No.: 2:20-cv-07075-VEB |
|---|---|
| Plaintiff, | ) ORDER AWARDING EQUAL |
| vs. | ) ACCESS TO JUSTICE ACT |
|  | ) ATTORNEYS' FEES AND |
|  | ) EXPENSES PURSUANT TO 28 |
| KILOLO KIJAKAZI, | ) U.S.C. § 2412(d) AND COSTS |
| Acting Commissioner of Social | ) PURSUANT TO 28 U.S.C. § 1920 |
| Security, | ) |
|  | ) |
| Defendant | ) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees in the amount of $4,200.00 and expenses in the amount of $ 400.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

Dated: December 13, 2021        /s/Victor E. Bianchini
                                VICTOR E. BIANCHINI
                                UNITED STATES MAGISTRATE JUDGE